

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00181-CV

**IN THE INTEREST OF C.R.M. AND E.C.M.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI18559
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: August 27, 2025

DISMISSED AS MOOT

On November 15, 2024, Appellant filed a "Status Update," informing the court that it appeared the parties had reached a settlement agreement in an enforcement proceeding in the court below and that part of the parties' agreement "included not pursuing the current appeal" and that "[i]f settlement has occurred that has resolved the pending appeal, then this matter is moot, and this appeal should be dismissed." Appellant further informed the court that he would provide the court with an additional status update.

Subsequently, on December 6, 2024, the parties filed a "Joint Motion to Abate Appeal and Suspend Deadlines Pending Settlement." In the motion, the parties stated that they "entered a settlement agreement on November 12, 2024 in a pending enforcement action of the judgment on

appeal in cause number 2019-CI-18559," and that entry of final orders in accordance with the parties' settlement would moot this appeal.

On May 27, 2025, Appellee filed a motion to dismiss this appeal and attached an agreed order entered in the trial court on December 31, 2024, which orders Appellant to "immediately nonsuit with prejudice his appeals and the mandamus action in this same cause." On July 21, 2025, this Court ordered Appellant to file a response to Appellee's motion to dismiss and for sanctions.

Appellant filed his response on August 11, 2025, and asserted that this court should deny the motion to dismiss given that Appellee has filed a petition for bill of review and is seeking to set aside the three agreed orders and the underlying settlement agreement. However, Appellant never amended this appeal to challenge the validity of the agreed order or the underlying settlement agreement.

Moreover, in his response to the motion to dismiss, Appellant acknowledges his prior representations to this court in a joint motion to abate this appeal that: 1) the parties entered a settlement agreement on November 12, 2024; 2) the entry of the agreed order based on this settlement would moot this appeal; and 3) and that upon entry of the agreed order "one or both of the parties will promptly advise the Court and move to dismiss the appeal pursuant to Rule 42."

Accordingly, after consideration, the court GRANTS Appellee's motion, and DISMISSES this appeal as MOOT.

PER CURIAM